UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| HELEN MUNSTER, KAREN POIRRIER, : | |
| DIANE RULF, PATRICIA SHEPARD, HENRY : | |
| ANDERS, ANNETTE ATHMANN, EVELYN : | |
| AUCOIN, DIANE BEAULIEU, LILLIE BELL, : | |
| : | |
| Plaintiffs. : | Civil Action |
| v. : | No. 04-11323-GAO |
| : | |
| INDEVUS PHARMACEUTICALS, INC., F/K/A : | |
| INTERNEURON PHARMACEUTICALS, INC.; : | |
| WYETH, INC., F/K/A AMERICAN HOME : | |
| PRODUCTS CORPORATION; WYETH : | |
| PHARMACEUTICALS, INC F/K/A WYETH- : | |
| AYERST PHARMACEUTICALS, INC., A : | |
| DIVISION OF AMERICAN HOME PRODUCTS : | |
| CORPORATION; AND BOEHRINGER : | |
| INGELHEIM PHARMACEUTICALS, INC., : | |
| : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF APPEARANCE</u>

Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.


Dated: July 14, 2004                    Respectfully submitted,
        Boston, Massachusetts

                                        /s/Matthew J. Matule_____
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
Of Counsel:                             One Beacon Street
Barbara Wrubel                          Boston, Massachusetts 02108
Katherine Armstrong                     (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                         Boehringer Ingelheim Pharmaceuticals, Inc