UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HELEN MUNSTER, KAREN POIRRIER,              :
DIANE RULF, PATRICIA SHEPARD, HENRY         :
ANDERS, ANNETTE ATHMANN, EVELYN             :
AUCOIN, DIANE BEAULIEU, LILLIE BELL,        :
                                            :
        Plaintiffs.                         :        Civil Action
v.                                          :        No. 04-11323-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A        :
INTERNEURON PHARMACEUTICALS, INC.;          :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH                 :
PHARMACEUTICALS, INC F/K/A WYETH-           :
AYERST PHARMACEUTICALS, INC., A             :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER                 :
INGELHEIM PHARMACEUTICALS, INC.,            :
                                            :
        Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim

Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate

parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The

immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer

Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held

corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  July 14, 2004                                Respectfully submitted,
        Boston, Massachusetts


                                                     /s/Matthew J. Matule
                                                     Matthew J. Matule (BBO #632075)
                                                     SKADDEN, ARPS, SLATE,
Of Counsel:                                            MEAGHER & FLOM LLP
Barbara Wrubel                                        One Beacon Street
Katherine Armstrong                                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                       Counsel for Defendant
                                                     Boehringer Ingelheim Pharmaceuticals, Inc.

2